FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 27 PM 1:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES ALLEN MORRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5429** |
| **CHARLES R. FULBRUGE, III, ET AL.** | **SECTION "F" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(a).

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, Rec. Doc. 20, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff's motions for the entry of a default and a default judgment, Rec. Docs. 16 and 17, are **DENIED**.

New Orleans, Louisiana, this 26th day of AUGUST, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____